# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
**FILED**

SEP 13 2018

Clerk of Court

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

| | | | |
|---|---|---|---|
| Arturo Cornejo | YOB: 1998 | Principal | United States |
| Marc Anthony Barron | YOB: 1999 | Co-Principal | United States |

Case Number: M-18- 1929 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 12, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Cinthia Hiracheta-Mares, a citizen of Mexico, and Daniel Tobillas Oliva-Bueso, a citizen of Honduras, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in Mission, Texas to the point of arrest in Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 12, 2018, a Mission Police officer requested assistance from Border Patrol on a traffic stop conducted in Mission, Texas. Agents made contact with the officer who stated he conducted a traffic stop on a Black Jeep Cherokee for an expired registration near the intersection of Bryan Road and Expressway 83. The officer stated as he approached the Jeep, he observed four subjects piled up on top of each other in the cargo area and four additional subjects in the rear passenger seat. The driver was identified as Arturo Cornejo and the front passenger as Marc Anthony Barron, later determined to be United States citizens. Suspecting that a smuggling attempt was taking place, the officer requested assistance from Border Patrol.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

OK to file - AUSA Linda Reavenez
9/13/18

Signature of Complainant
Salvador Mendez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 13, 2018
Date

at McAllen, Texas
City and State

J Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 1929 -M

**RE:** Arturo Cornejo
Marc Anthony Barron

**CONTINUATION:**
Agents proceeded to conduct an immigration inspection on all 8 subjects and all 8 subjects were determined to be illegally present in the United States.

All subjects were placed under arrest and transported to the Border Patrol Station for processing.

**PRINCIPAL 1**
Arturo Cornejo, a United States citizen, was read his Miranda Rights and agreed to provide a statement.

Cornejo stated Barron called him to take him to pick up some friends in Mission, Texas. Cornejo stated he agreed to pick him up but did not know where they were going. Cornejo stated Barron was talking on the phone with an unknown individual asking for directions. Cornejo stated they picked up several people near the brush. Cornejo claimed he realized the people they picked up were illegal aliens because they only spoke Spanish. Cornejo stated there was no payment arrangements made as compensation for taking Barron to pick up the illegal aliens. Moments later, Cornejo stated he saw the police behind him and Barron said "we are fucked".

**PRINCIPAL 2**
Marc Anthony Barron, a United States citizen, was read his Miranda Rights and agreed to provide a statement.

Barron stated Cornejo picked him up and asked him if he wanted to make some money. Barron agreed but stated he did not know what they were going to do. Barron claimed they drove somewhere near Military Road in Mission, Texas and picked up some people near some bushes. Barron claimed Cornejo later informed him he would pay him $20 USD per each illegal alien they picked up. Once at the pickup location, Barron claimed the illegal aliens boarded into the vehicle and Cornejo instructed them to hurry up and sit down. Shortly thereafter, Barron stated they departed the area and the police stopped them.

**MATERIAL WITNESS 1**
Cinthia Hiracheta-Mares, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

Hiracheta stated she made smuggling arrangements with an unknown smuggler and was to pay $1,300 (USD). Hiracheta stated she crossed the river by raft with family members and several other individuals. Once in the United States, Hiracheta stated the smuggler informed them a Cherokee truck was going to pick them up. Shortly thereafter, the Cherokee arrived, they opened the doors and quickly boarded into the vehicle. Once inside the vehicle, Hiracheta stated the driver instructed them to get in and offered them water. Hiracheta stated both driver and front passenger asked them if they were ok.

Hiracheta identified Barron, through a photo lineup, as the front passenger.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 1929 -M

RE: Arturo Cornejo
Marc Anthony Barron

**CONTINUATION:**
*MATERIAL WITNESS 2*
Daniel Tobillas Oliva-Bueso, a citizen of Honduras, was read his Miranda rights and agreed to provide a statement.

Oliva stated he made his smuggling arrangements and was to pay $2,500 (USD). Once in the United States, Oliva stated he and several other individuals boarded into a dark SUV driven by a male driver along with a male front passenger. Oliva stated he boarded into the cargo area of the vehicle and moments later, the police stopped them.